### *Cornelius J. Roosevelt* v. *Daniel Kemper.*

THE plaintiff had in this cause taken an inquest at the last circuit, the judge laying it down as a general rule, that any party might take an inquest, but at his peril.

*Harison* moved to set aside the inquest on a simple affidavit of merits.

*Per Curiam.* Whenever an inquest is taken, it is at the risk of the plaintiff; and on such an affidavit as the present, must set aside with costs.

N. B. The court seemed to intimate, that counter depositions of a want of merits could not be received, as it would be trying a cause on affidavits.